FILED
CLERK, U.S. DISTRICT COURT
9/8/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>GABRIELA LLERENAS,<br>　aka "Maria G. Sandoval,"<br><br>　　　　Defendant. | No. CR  5:21-cr-00187-JWH<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1341: Mail Fraud] |

The Acting United States Attorney charges:

[18 U.S.C. §§ 1341, 2(b)]

A.　INTRODUCTORY ALLEGATIONS

At times relevant to this Information:

1.　Defendant GABRIELA LLERENAS, also known as "Maria G. Sandoval," was a resident of Perris, California.

2.　California's Employment Development Department ("EDD") was the administrator of the unemployment insurance ("UI") benefit program for the State of California.

3.　On March 13, 2020, the President of the United States declared COVID-19 an emergency under the Robert T. Stafford Disaster

Relief and Emergency Assistance Act.  As a result, Congress passed the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"), which the President signed into law on March 27, 2020.  The CARES Act provided over $2 trillion in economic relief protections to the American people from the public health and economic impacts of COVID-19.

4.   Prior to the enactment of the CARES Act, to be eligible for UI administered by EDD, a person had to have been employed and worked in California and received at least a certain amount of wages from an employer in the 18 months preceding his/her UI benefits claim. Because of this requirement, self-employed workers, independent contractors, and employees with insufficient earnings were not eligible to receive regular UI benefits.

5.   The CARES Act established a new program -- Pandemic Unemployment Assistance ("PUA") -- to provide unemployment benefits during the COVID-19 pandemic to people who did not qualify for regular unemployment insurance benefits, including business owners, self-employed workers, independent contractors, and those with a limited work history who were out of business or had significantly reduced their services as a direct result of the pandemic.  UI benefits provided under the PUA program are sometimes referred to as PUA benefits.

6.   Under the PUA provisions of the CARES Act, a person who was a business owner, self-employed worker, independent contractor, or gig worker could qualify for PUA benefits administered by EDD if he/she previously performed such work in California and was unemployed, partially unemployed, unable to work, or unavailable to work due to a COVID-19-related reason.

7. Persons applying for PUA benefits did not need to submit any supporting documents to EDD with their applications. Claimants entered their total income for the 2019 calendar year on the application. The stated income was used to pay the minimum benefits of $167 per week. EDD could request documentation to provide proof of the stated income.

8. A PUA claimant was required to answer various questions to establish his/her eligibility for PUA benefits. The claimant was required to provide his/her name, Social Security Number, and mailing address. The claimant was also required to identify a qualifying occupational status and COVID-19 related reason for being out of work.

9. After it accepted a UI claim, including a claim submitted pursuant to the PUA program, EDD typically deposited UI funds every two weeks to an Electronic Bill Payment ("EBP") debit card administered by Bank of America ("BofA"), which the claimant could use to pay for his/her expenses. The EBP card was mailed via the United States Postal Service to the claimant at the address the claimant provided in his/her UI application.

B. THE SCHEME TO DEFRAUD

10. Beginning no later than April 2020 and continuing through at least October 2020, in Riverside and Los Angeles Counties, within the Central District of California, and elsewhere, defendant LLERENAS, together with others known and unknown to the Acting United States Attorney, knowingly and with the intent to defraud, devised, participated in, and executed a scheme to defraud EDD and the United States Treasury as to material matters, and to obtain money and property from EDD and the United States Treasury, namely, UI

benefits, including PUA benefits, by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

11. The fraudulent scheme operated, in substance, as follows:

    a. Defendant LLERENAS filed and caused the filing with EDD of fraudulent applications for UI benefits that falsely asserted the named claimants were self-employed independent contractors who had been negatively affected by the COVID-19 pandemic, thereby triggering eligibility for UI benefits under the PUA provision of the CARES Act. Defendant LLERENAS obtained some of the names, Social Security Numbers and other identifying information she used to submit the fraudulent claims through her prior work as a tax preparer.

    b. In some instances, defendant LLERENAS falsely asserted and caused to be asserted on the UI applications submitted in furtherance of the scheme that the claimants were residents of California entitled to UI benefits administered by EDD when, in fact, they were not and defendant knew they were not.

    c. In some instances, defendant LLERENAS falsely asserted and caused to be asserted inflated income for the named claimants on their applications in order to receive the maximum benefit amount.

    d. In some instances, defendant LLERENAS made up and caused to be made up the occupation that was listed for the named claimant on the application.

    e. To the contrary, and as defendant LLERENAS then well knew, many of the persons named as claimants on the applications defendant LLERENAS filed and caused to be filed had no residential history in the State of California and/or had not been employed in the occupations defendant LLERENAS reported and caused to be reported

on the UI benefits applications she submitted and caused to be submitted in the names of the named claimants.

      f.  By falsely asserting that the claimants had worked in the State of California as independent contractors who had lost work because of COVID-19, defendant LLERENAS falsely represented and caused to be falsely represented that the named claimants were entitled to UI benefits administered by EDD when, as defendant LLERENAS then knew, they were not.

      g.  As a result of the fraudulent UI benefit claims that defendant LLERENAS filed and caused to be filed, EDD authorized BofA to issue EBP cards in the names of the named claimants.  Defendant LLERENAS knew that the applications she submitted would cause BofA to mail the EBP debit cards issued to the named claimants to the addresses defendant LLERENAS provided and caused to be provided on the fraudulent claim applications, including in some instances addresses that defendant LLERENAS and/or her associates controlled.

12.  Through this scheme, defendant LLERENAS caused approximately 197 fraudulent PUA claims to be filed with EDD resulting in losses to EDD and the United States Treasury of at least $1,633,487.

///
///
///

B.   USE OF THE MAILS

13.   On or about August 6, 2020, within the Central District of California, and elsewhere, defendant LLERENAS, for the purpose of executing the above-described scheme to defraud, willfully caused an envelope containing a BofA debit card issued in the name of Jo. G. to be sent and delivered by the United States Postal Service, according to the directions thereon, to an address in Compton, California.

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section